**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **MARVIN BARTON,** *et al.***,** | |
| **Plaintiffs,** | |
| v. | Civil Action Nos.  AW-06-0192 |
| | AW-07-1394 |
| **APARTMENT INVESTMENT AND** | AW-07-1869 |
| **MANAGEMENT COMPANY,** *et al.***,** | |
| **Defendants.** | |

**ORDER**

During the July 25, 2007 telephonic status conference with the Court, the parties agreed to the consolidation of these cases, provided that Plaintiffs elected not to pursue a collective action under 29 U.S.C. § 216(b).  On July 31, 2007, Plaintiffs filed a notice advising the Court that they did not intend to pursue a collective action in any of these cases.  Having been apprised of Plaintiffs' intent, Defendants do not object to the consolidation of the above captioned cases.  Therefore, Civil Action Nos. AW-06-0192; AW-07-1394; and AW-07-1869 are hereby CONSOLIDATED.  All documents and pleadings shall henceforth be filed under case number AW-06-0192.

**SO ORDERED.**

Date:   August 1, 2007                                            /s/
                                                                                Alexander Williams, Jr.
                                                                                United States District Court