SCANNED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARVIN BARTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action Nos. |
| | ) | |
| vs. | ) | 8:06-CV-00192 |
| | ) | 8:07-CV-01869 |
| APARTMENT INVESTMENT AND | ) | 8:07-CV-01394 |
| MANAGEMENT COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

FILED ____ ENTERED
LODGED ____ RECEIVED
OCT - 8 2008
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

## ORDER

Upon consideration of the parties' Motion to Approve Settlement and being fully advised in the premises, IT IS HEREBY ORDERED THAT:

The Motion is granted.

Date: October 7th, 2008.

Alexander Williams, Jr.
United States District Judge