**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARVIN BARTON, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action Nos.    8:06-CV-00192 |
| vs. | * | 8:07-CV-01394 |
| | * | 8:07-CV-01869 |
| APARTMENT INVESTMENT AND | * | |
| MANAGEMENT COMPANY, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**************************************************************************

**ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal (Docket No. 75), IT IS, this

**16th day of March, 2009,** by the United States District Court for the District of Maryland,

HEREBY ORDERED THAT:

1.    This case is dismissed with prejudice; AND

2.    The Clerk of the Court **CLOSE** this case.

_____/s/_____
Alexander Williams, Jr.
United States District Judge